**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1740**

NYAH SEKEL,

       Plaintiff - Appellant,

    v.

CH MF BTH II, Alexandria Old Town LLC; ALEXAN FLORENCE, Manager; BOZZUTO MANAGEMENT COMPANY, C/O CT Corporation System (Reg. Agent),

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  William Edward Fitzpatrick, Magistrate Judge.  (1:23-cv-00706-RDA-WEF)

Submitted:  October 19, 2023             Decided:  October 23, 2023

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Nyah Sekel, Appellant Pro Se.  Joseph Christian Dugan, GALLAGHER EVELIUS & JONES, LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nyah Sekel seeks to appeal the magistrate judge's order granting Defendants' motion for an extension of time to file a response to her civil action. Appellees move to dismiss the appeal for lack of jurisdiction.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949). The order Sekel seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Appellees' motion and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*